**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1204**

———————

KENNETH L. SANFORD,

        Plaintiff - Appellant,

   v.

CITY OF FRANKLIN VA,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:15-cv-00521-RAJ-RJK)

———————

Submitted:  August 25, 2016      Decided:  August 29, 2016

———————

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth L. Sanford, Appellant Pro Se.  Cathleen Kailani Memmer, Johneal M. White, GLENN, ROBINSON & CATHEY PLC, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth L. Sanford appeals the district court's order denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Sanford v. City of Franklin, VA, No. 2:15-cv-00521-RAJ-RJK (E.D. Va. Feb. 12, 2016). We deny Sanford's motion for stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED